1  Jessica K. Nall (State Bar No. 215149)
   jessica.nall@bakermckenzie.com
2  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
3  San Francisco, CA  94111-3802
   Telephone: +1 415 576 3000
4  Facsimile:   +1 415 576 3099

5  Aaron T. Goodman (State Bar No. 330791)
   aaron.goodman@bakermckenzie.com
6  **BAKER & McKENZIE LLP**
   10250 Constellation Boulevard, Suite 1850
7  Los Angeles, California 90067
   Telephone: +1 310 201 4728
8  Facsimile: +1 310 201 4721

9
   Attorneys for Plaintiff
10 Credit Suisse Securities (USA) LLC

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO

14

15 | CREDIT SUISSE SECURITIES (USA) LLC, a | Case No. _____ |
16 | Delaware limited liability company, | |
   | | **COMPLAINT FOR:** |
17 | Plaintiff, | |
   | v. | **(1) VIOLATION OF THE COMPUTER** |
18 | | **FRAUD AND ABUSE ACT, 18 U.S.C.** |
   | | **§1030, ET SEQ.,** |
19 | DOES 1 - 10, inclusive, | |
   | | **(2) VIOLATION OF THE STORED** |
20 | Defendants. | **COMMUNICATIONS ACT, 18 U.S.C.** |
   | | **2701, ET SEQ., AND** |
21 | | |
   | | **(3) VIOLATION OF THE** |
22 | | **CALIFORNIA COMPREHENSIVE** |
   | | **COMPUTER DATA ACCESS AND** |
23 | | **FRAUD ACT, CALIFORNIA PENAL** |
   | | **CODE § 502** |
24 | | |
25 | | **[DEMAND FOR JURY TRIAL]** |

26

27

28

                                    1

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

Case No.
COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Credit Suisse Securities (USA) LLC ("Plaintiff" or "Credit Suisse"), by and through its attorneys, Baker & McKenzie LLP, hereby files this Complaint and Demand for Jury Trial against Defendant Does 1 through 10, and in support alleges as follows:

**NATURE OF THE ACTION**

1.      Credit Suisse is a U.S. subsidiary of Credit Suisse Group AG, a global wealth manager and investment bank with operations in over 50 countries and approximately 50,000 employees worldwide. Credit Suisse Group AG's CEO is Thomas Gottstein.

2.      This action arises from the writing and delivery of anonymous email correspondence, attaching and thereby unlawfully disclosing highly confidential and personally identifiable information pertaining to a set of Plaintiff's former employees, which information is understood to have been stolen from Plaintiff's secure computer systems and databases.

3.      The perpetrators of this unlawful access and disclosure, currently only known by a Gmail address, misappropriated from Plaintiff's computer systems and databases extremely sensitive and confidential personal data relating to certain former employees of Credit Suisse (the "Confidential Information") and disseminated it widely to third parties by email.

4.      The Confidential Information includes names, addresses, telephone numbers, dates of birth, social security numbers and bank account details, gender, and marital status for a set of former Credit Suisse employees. The Doe Defendants are attempting to use the disclosure, and/or the threat of further disclosure, of this Confidential Information to intentionally interfere with, and cause damage to Plaintiff's reputation, employee relations, and ongoing business relationships.

5.      On March 20, 2021, the Doe Defendants sent a spoof email in the name of Mr. Gottstein, using a Gmail account created for that purpose, attaching Plaintiff's proprietary database files containing the Confidential Information of a set of its former employees. The Doe Defendants intentionally distributed the email and attached proprietary database files and Confidential Information to media outlets, law enforcement and former employees in multiple countries in an apparent effort to inflict the maximum damage possible to Credit Suisse.

6.      Moreover, the Doe Defendants represented in the email that they have hundreds of thousands of additional proprietary records containing highly confidential data and personal

2

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

Case No.
COMPLAINT AND DEMAND FOR JURY TRIAL

information of Credit Suisse employees and other stakeholders. The Doe Defendants further threatened in the email to disclose this additional information and encouraged others to take action against Credit Suisse.

7.      Plaintiff filed this action: (1) to unmask the Doe Defendants, including through the service of accelerated and expedited pre-service discovery, (2) to obtain permanent injunctive relief in order to prevent any wider or further disclosure of the proprietary database files or Confidential Information, (3) to protect the interests of its current and former employees, and any other affected stakeholders, and to mitigate the damage already caused, and (4) for damages to compensate for the significant damage that has already been caused by the Doe Defendants' unlawful actions.

## THE PARTIES

8.      Plaintiff Credit Suisse Securities (USA) LLC, a Delaware limited liability company, is a U.S. subsidiary of Credit Suisse Group AG, a global wealth manager and investment bank. Plaintiff maintains its principal place of business in New York, with a local office at 650 California Street, San Francisco, California 94108.

9.      Does 1 through 10 are the account holders and users of the Gmail account thomas.gottstein111@gmail.com registered and maintained by Google, LLC in Mountain View, California (the "Doe Defendants"). The true names and identities of the Doe Defendants are currently unknown to Plaintiff.

10.     Plaintiff can only identify the Doe Defendants by this Gmail address, which deceptively employs the name of Credit Suisse Group AG's CEO, Thomas Gottstein, in an effort to further the interference and damage caused by the Doe Defendants' use of the email address to widely disseminate proprietary database files and Confidential Information.

11.     Plaintiff is informed and believes, and based thereon alleges, that at all times mentioned, the Doe Defendants were legally responsible for the events and happenings of which Plaintiff complains, and directly caused the injuries and damages that Plaintiff alleges in this Complaint.

12.     Plaintiff will amend its Complaint to name the Doe Defendants when their true names and identities are learned through the course of discovery.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

Case No.
COMPLAINT AND DEMAND FOR JURY TRIAL

**JURISDICTION AND VENUE**

13.     This Court has federal question jurisdiction over this action under 28 U.S.C. § 1331, because this action alleges violations of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and the Stored Communications Act, 18 U.S.C. § 2701.

14.     This Court also has diversity or alienage jurisdiction over this action under 28 U.S. Code § 1332, depending on the citizenship and domicile of the Doe Defendants, as the amount in controversy is in excess of $75,000 and Plaintiff seeks equitable relief.

15.     Venue is proper in this District under 28 U.S.C. § 1391(b)(2). Depending on the residence of the Doe Defendants, venue may be proper under 28 U.S.C. § 1391(b)(1) or (3) as well.

**GENERAL ALLEGATIONS**

16.     On March 20, 2021, an email was sent from a Gmail account deceitfully opened with Google incorporating the name Thomas Gottstein (thomas.gottstein111@gmail.com) to numerous recipients, including U.S. and Swiss law enforcement and regulators, press agencies such as Bloomberg and FINews, and former Credit Suisse employees (the "Email").

17.     Credit Suisse Group AG CEO Thomas Gottstein does not, and has never, maintained the Gmail account at issue, which was instead created by the Doe Defendants incorporating and using his name without authorization.

18.     Falsely representing themselves as Mr. Gottstein, the Doe Defendants sent the Email under the guise of disclosing an alleged data breach at Credit Suisse, when it was in fact the Doe Defendants who had perpetrated the theft and dissemination of sensitive data from Plaintiff's secure computer systems and databases.

19.     In the Email, the Doe Defendants made various false allegations that Credit Suisse had failed to securely maintain personal data on its systems and asked the recipients to take action against the bank. The attachments to the Email were two spreadsheets entitled "Data Sneak Peak.xlsx" and "Clients.xlsx", which contained the Confidential Information.

20.     Credit Suisse follows robust policies and procedures designed to secure its computer systems and databases. The content of the Email, and the attachments, show that the Doe Defendants had at some point in time obtained access to detailed internal information relating to Credit Suisse

4

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

Case No.
COMPLAINT AND DEMAND FOR JURY TRIAL

employees, was aware of Credit Suisse's contractual relationships and ongoing business relationships, and had unlawfully, and without authorization, stolen the Confidential Information.

21.     The Doe Defendants sent the Email with the express and apparent intent and purpose of harming the existing and/or residual contractual and/or economic relationships between Credit Suisse and its stakeholders, including but not limited to its former employees, and damaging Credit Suisse's worldwide reputation.

22.     Based on the Doe Defendants' representations in the Email, the Doe Defendants may be in possession of hundreds of thousands of additional proprietary data files containing Confidential Information, which they may yet disclose (and have threatened to disclose) if Credit Suisse is unable to take swift and immediate action.

23.     Plaintiff's investigation to date has determined that the Doe Defendants may be one or more former employees but there is not yet sufficient information to conclusively link the Email to any specific individual or group of individuals.

24.     As a result of Doe Defendants' Email, Credit Suisse has suffered significant reputational damage, its contractual and economic relationships were disrupted and damaged, and it has suffered economic damages in excess of $75,000.

## <u>COUNT ONE</u>

### (Violation Of The Computer Fraud And Abuse Act, 18 U.S.C. §1030)

25.     Plaintiff Credit Suisse incorporates each and every allegation previously set forth herein as if fully set forth in this Count One.

26.     Credit Suisse's proprietary database is stored on Credit Suisse's protected computer systems.

27.     The Doe Defendants intentionally accessed Credit Suisse's protected computer systems without authorization, or in excess of any authorization, by accessing, downloading and stealing for personal use Credit Suisse's proprietary database files.

28.     The Doe Defendants' authorization (to the extent the Doe Defendants are current or former employees and any existed) was terminated when the Doe Defendants destroyed the agency

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

Case No.
COMPLAINT AND DEMAND FOR JURY TRIAL

relationship by accessing and appropriating the protected information for their own personal gain and against the interest of Credit Suisse.

29.     The Doe Defendants' access, copying, download and/or theft of this sensitive former employee information from Credit Suisse's secure computer systems has harmed Credit Suisse in that, among other things, Credit Suisse has expended resources to investigate the unauthorized access. The loss to Credit Suisse as a result exceeds $5,000.

30.     Credit Suisse therefore seeks remedies as provided by 18 U.S.C. §1030, including such preliminary and other equitable remedies as may be appropriate, compensatory and statutory damages in an amount to be proven at trial, punitive damages to be proven at trial, and reasonable attorneys' fees and other litigation costs reasonably incurred.

## COUNT TWO

### (Violation Of The Stored Communications Act, 18 U.S.C. § 2701)

31.     Plaintiff Credit Suisse incorporates each and every allegation previously set forth herein as if fully set forth in this Count Two.

32.     The Doe Defendants violated 18 U.S.C. § 2701 by intentionally obtaining access without authorization, or exceeding any authorization, to Credit Suisse's secure computer and database systems, including its electronic communication facility.

33.     The private right of a civil action arises under 18 U.S.C. § 2707(a), which provides that any person aggrieved by any violation of the Stored Communications Act "in which the conduct constituting the violation is engaged in with a knowing or intentional state of mind may, in a civil action, recover from any person or entity, other than the United States, which engaged in that violation such relief as may be appropriate."

34.     After obtaining access without authorization (or in excess of any authorization) to Credit Suisse's computers systems and databases including its communication systems, the Doe Defendants prepared a false email and, using a Gmail account created for this purpose, sent a spoof email as if they were the CEO of Credit Suisse Group AG.

35.     The Doe Defendants' email spoofing -- the creation of an email message with a forged sender address -- falls squarely within the Stored Communications Act.

6

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

Case No.
COMPLAINT AND DEMAND FOR JURY TRIAL

36.     The Doe Defendants then used that Gmail address to intentionally disclose Credit Suisse's proprietary database files and Confidential Information.

37.     While the Doe Defendants' claim of being the CEO of Credit Suisse Group AG is false, even if the Doe Defendants are current or former employees, an employee may act "without authorization" or "intentionally exceed [] authorization" (in violation of 18 U.S.C. § 2701) when he or she accesses confidential or proprietary business information from an employer's computers that he or she has permission to access, but then uses that information in a manner that is inconsistent with the employer's interests or in violation of contractual obligations or fiduciary duties.

38.     The Doe Defendants' authorization (to the extent the Doe Defendants are current or former employees and any existed) was terminated when the Doe Defendants destroyed the agency relationship by accessing and appropriating the protected information for their own personal gain and against the interest of Credit Suisse.

39.     The Doe Defendants exceeded any purported authorization to access and control private and confidential information contained within Credit Suisse's secure computer and database systems, including its electronic communication facility, in violation of 18 U.S.C. § 2701 (and any applicable employment agreement), when the Doe Defendants unlawfully accessed and used, and intentionally disclosed, the contents of Credit Suisse's internal data, documents, and/or communications for personal gain.

40.     Credit Suisse therefore seeks remedies as provided for by 18 U.S.C. § 2707, including such preliminary and other equitable remedies as may be appropriate, compensatory damages of not less than $1,000 per occurrence and in an amount to be proven at trial, punitive damages to be proven at trial, and reasonable attorneys' fees and other litigation costs reasonably incurred.

## COUNT THREE

### (Violation Of Comprehensive Computer Data Access and Fraud Act

### California Penal Code § 502)

41.     Plaintiff Credit Suisse incorporates each and every allegation previously set forth herein as if fully set forth in this Count Three.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

Case No.
COMPLAINT AND DEMAND FOR JURY TRIAL

42.     Credit Suisse's proprietary data and Confidential Information is stored in Credit Suisse's protected computer systems and databases.

43.     The Doe Defendants knowingly accessed and without authorization, or exceeding any authorization, used Credit Suisse's computer systems in order to wrongfully obtain Credit Suisse's proprietary database files and the Confidential Information.

44.     The Doe Defendants knowingly accessed and without authorization, or exceeding any authorization, took and copied Credit Suisse's proprietary database files and the Confidential Information from Credit Suisse's secure computer systems.

45.     The Doe Defendants' access, copying, download, and/or theft of records from Credit Suisse's databases and Confidential Information from Credit Suisse's computer systems has harmed Credit Suisse in an amount to be proven at trial.

46.     Credit Suisse therefore seeks remedies, including such preliminary and other equitable remedies as may be appropriate, compensatory damages in an amount to be proven at trial, punitive damages to be proven at trial, and reasonable attorneys' fees and other litigation costs reasonably incurred.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Credit Suisse prays for relief as follows:

A.     For injunctive relief, including an order barring the Doe Defendants from any further acts constituting violations of the Computer Fraud and Abuse Act, the Stored Communications Act and Section 502 of the California Penal Code, including any attempts to access files from Credit Suisse's computers systems or databases or any attempts to transfer such files to any other person or entity, and directing the Doe Defendants to immediately return to Credit Suisse any files or information described herein;

B.     For judgment in favor of Plaintiff, and against the Doe Defendants, for compensatory, statutory and punitive damages in such amounts as may be proven at trial;

C.     For reasonable attorneys' fees and costs; and

D.     For such other relief as the Court may deem just and proper

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

Case No.
COMPLAINT AND DEMAND FOR JURY TRIAL

1

2

Dated:   April 8, 2021                                    Respectfully submitted,

3                                                                 **BAKER & McKENZIE LLP**

4                                                                 By:  /s/ Jessica K. Nall
                                                                       Jessica K. Nall
5                                                                       Aaron T. Goodman

6                                                                       Attorneys for Plaintiff
                                                                       Credit Suisse Securities (USA) LLC
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

Case No.
COMPLAINT AND DEMAND FOR JURY TRIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>DEMAND FOR JURY TRIAL</u>**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Credit Suisse hereby demands a trial by jury of all issues so triable in this action.

Dated:    April 8, 2021

Respectfully submitted,

**BAKER & McKENZIE LLP**

By:  /s/ Jessica K. Nall
     Jessica K. Nall
     Aaron T. Goodman

     Attorneys for Plaintiff
     Credit Suisse Securities (USA) LLC

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

Case No.
COMPLAINT AND DEMAND FOR JURY TRIAL